NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OLE K. NILSSEN,**
*Plaintiff,*

**and**

**GEO FOUNDATION, LTD.,**
*Plaintiff-Appellant,*

**v.**

**WAL-MART STORES, INC.,**
*Defendant-Appellee,*

**and**

**COSTCO WHOLESALE CORP.,**
*Defendant-Appellee,*

**and**

**HOME DEPOT, INC.,**
*Defendant-Appellee,*

**and**

**MENARD, INC., ACE HARDWARE CORP., and TRUSERV CORPORATION,**
*Defendants,*

**and**

**LOWE'S HOME CENTERS, INC.,**
*Defendant-Appellee,*

**and**

**IKEA ILLINOIS, LLC,**
*Defendant-Appellee.*

---

2010-1139

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-5363, Judge Robert W. Gettleman.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the appellees' unopposed motion for a 7-day extension of time, until July 16, 2010, to file their opposition to appellant Geo Foundation's motion to extend the oral argument date,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 0 7 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Leland W. Hutchinson, Jr., Esq.
Anthony James Fitzpatrick, Esq.
Margaret M. Duncan, Esq.
Kimball R. Anderson, Esq.

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 0 7 2010

JAN HORBALY
CLERK

Marianne C. Holzhall, Esq.
Gary William Smith, Esq.

s21